Civil Action No. 5:13-cv-721-FL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GLOBAL INTERNATIONAL**
was received by me on *(date)* **10/15/2013**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Mailed to CT Corporation System, 150 Fayetteville St, Suite 1011, Raleigh, NC 27601 via US Postal Service Certified Mail Receipt number 7012 1640 0000 9636 0104

My fees are $ **10.00** for travel and $ _____ for services, for a total of $ **10.00** .

I declare under penalty of perjury that this information is true.

Date: **10/15/2013**

*Server's signature*

Thomas Gibbons
*Printed name and title*

P.O. Box 541
Wilson, NC 27894

*Server's address*

Additional information regarding attempted service, etc:



Global Credit + Coll Corp
% CT Corporation System
150 Fayetteville St Suite [illegible]
Raleigh, NC 27601

Signature: Holly Frost
Date of Delivery: 10-17-13

7012 1640 0000 9636 0104