RECEIVED

JAN 0 6 REC'D

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:13-cv-00721-FL

MARIAN SNOW )
)
Plaintiff, )
-v- )
)
GLOBAL CREDIT AND COLLECTION )
CORPORATION )
GLOBAL INTERNATIONAL )
)
Defendants )

## DEFAULT JUDGMENT

The Defendant, GLOBAL CREDIT AND COLLECTION CORPORATION, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Defendant is indebted to plaintiff in the principal sum of $78,500, plus interest thereon; that Defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, MARIAN SNOW, recover of the Defendant, GLOBAL CREDIT AND COLLECTION CORPORATION, the sum of $78,500, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, for which let execution issue.

This _____ day of January, 2014

                                        By _____

                                                      Clerk

2

Case 5:13-cv-00721-FL   Document 7   Filed 01/06/14   Page 2 of 2