IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-721-FL

| | |
|---|---|
| Marian Snow, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Global Credit and Collection Corporation ) | |
| and Global International, ) | |
| Defendants. ) | |

Plaintiff, Marian Snow, has moved for entry of default [D.E. 6] against defendant Global Credit and Collection Corporation pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend.

In reviewing the court's docket, the Court finds that the plaintiff has failed to file proof of service on defendant Global Credit and Collection Corporation. The court further finds that the summons return attached to plaintiff's motion [D.E. 6-1], identifies the party served as defendant Global International not Global Credit and Collection Corporation as stated in plaintiff's motion.

Based on the foregoing, the Court finds that plaintiffs' Request for Entry of Default as to Defendant Global Credit and Collection Corporation is hereby DENIED for failure to show proof of service and for failure to identify the proper party.

SO ORDERED. This 13th day of January, 2014.

*Julie A. Richards*
Julie A. Richards
Clerk of Court

Case 5:13-cv-00721-FL   Document 8   Filed 01/13/14   Page 1 of 1