Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    GLOBAL CREDIT AND COLLECTION CORPORATION

was received by me on *(date)*    10/15/2013 .

FILED
JAN 1 6 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed to summons to CT CORPORATION SYSTEM, who is designated by law to accept service of process on behalf of GLOBAL CREDIT AND COLLECTION CORPORATION on 10/15/2013, via USPostal Service certified mail, return receipt # 70121640000096360104.

My fees are $ 0.00 for travel and $ 7.50 for services, for a total of $ 7.50 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

THOMAS GIBBONS
*Printed name and title*

P. O. BOX 541
WILSON, NC 27893
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Global Credit + Coll Corp
    % CT Corporation System
    150 Fayetteville St Suite 1011
    Raleigh, NC 27601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Holly Frost     ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery 10·17·13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7012 1640 0000 9636 0104

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540