IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:13-cv-00721-FL

| | |
|---|---|
| MARIAN SNOW<br>      Plaintiff,<br>   -v-<br><br>GLOBAL CREDIT AND COLLECTION<br> CORPORATION, *et al*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND ENTRY OF DEFAULT JUDGMENT**

**NOW COMES** the affiant, Marian Snow, and after being duly sworn, does depose and says as follows:

1. I am Marian Snow and I am more than eighteen years of age and am otherwise competent to give testimony contained herein.

2. On September 26, 2013, I mailed a NOTICE OF PENDING LAWSUIT and a copy of the Complaint to GLOBAL CREDIT AND COLLECTION CORPORATION at the contact address they provided to me in their initial communication.

3. On September 26, 2013, I used U.S. Postal Service certified mail receipt number 7012 1640 0000 9636 0081 to send the said NOTICE OF PENDING LAWSUIT and copy of the Complaint to GLOBAL CREDIT AND COLLECTION CORPORATION.

4. I confirmed, via the US Postal Service tracking of certified mail receipt number 7012 1640 0000 9636 0081, that the said NOTICE and copy of the Complaint was received by GLOBAL CREDIT AND COLLECTION CORPORATION on September 30, 2013 at 12:43pm. (See the recently printed US Postal Service tracking results for 7012 1640 0000 9636 0081 attached herewith as "Exhibit E.")

5. More than two (2) weeks thereafter, I had received no response from GLOBAL CREDIT AND COLLECTION CORPORATION.

6. On October 15, 2013, I filed the suit with the Court and received the original signed summons from the clerk's office.

7. I presented to Thomas Gibbons, the summons and a copy of the Complaint, stamped "Filed" by the clerk's office, to serve upon GLOBAL CREDIT AND COLLECTION CORPORATION, pursuant to Fed. R. Civ. P. 4(C)(1).

8. Thomas Gibbons initially provided to me his signed PROOF OF SERVICE, which contained a scrivener's error that I did not detect before initially filing with the Court.

9. Thomas Gibbons, thereafter, provided me with his corrected and signed PROOF OF SERVICE document in which he declared, under penalty of perjury, the contents of the envelope and his service of the summons and a copy of the complaint, sent via certified mail, to GLOBAL CREDIT AND COLLECTION CORPORATION on October 15, 2013.

10. More than 130 days have now passed since I filed the Complaint with the Court and I have received no communication from GLOBAL CREDIT AND COLLECTION CORPORATION in response to the Complaint and/or the summons in this action.

Sincerely,

*Marian Snow*

Marian Snow

STATE OF NORTH CAROLINA )
)
COUNTY OF )

Sworn to and subscribed before me, this ___ day of February 2014.

_____
Notary Public

Comm. Exp.
4-11-2015.

4-11-2015
My commission expires on