*Exhibit F* (handwritten)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:13-cv-00721-FL

| | |
|---|---|
| MARIAN SNOW<br>　　　　　　Plaintiff,<br>　　-v-<br><br>GLOBAL CREDIT AND COLLECTION<br>　CORPORATION, *et al*<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF AMOUNT DUE FOR DEFAULT JUDGMENT AGAINST DEFENDANT GLOBAL CREDIT AND COLLECTION CORPORATION

**NOW COMES** the affiant, Marian Snow, and pursuant to Fed. R. Civ. P. 55(b)(1), after being duly sworn, does depose and says as follows:

1. I am Marian Snow and I am more than eighteen years of age and am otherwise competent to give testimony contained herein.

2. This affidavit is a calculation of the total statutory amount(s) due from violations specified in Plaintiff's Complaint. (See spreadsheet of actions/violations of Defendant marked "Exhibit G")

3. For Count I, for violation of 15 U.S.C. §1681, an award of statutory damages, pursuant to 15 U.S.C. §1681n, in the total amount of $1,000.00.

4. For Count II, for violation(s) of 15 U.S.C. §1692b(1), 15 U.S.C. §1692c(b) and 15 U.S.C. §1692g(b), in lieu of actual damages, pursuant to 15 U.S.C. §1692k(a)(1), Plaintiff will accept an award of statutory damages, pursuant to 15 U.S.C. §1692k(a)(2)(A), in the total amount of $1,000.00.

5. For Count III, for willful and knowing violation(s) of 47 U.S.C. §227(b)(1)(A)(iii), Plaintiff will accept, pursuant to 47 U.S.C. § 227(b)(3), statutory damages in the amount of $500 for the initial violation and treble statutory damages of $1,500.00 per violation for fourteen (14) subsequent, separate and distinct violations of 47 U.S.C. §227(b)(1)(A)(iii), which totals $21,500.00.

6. For Count IV, for willful and knowing violation(s) of N. C. Gen. Stat. § 58-70-110(1), Plaintiff will accept statutory damages, pursuant to N.C. Gen. Stat. §58-70-130(b), in the amount of $4,000.00 per violation for twelve (12) separate and distinct additional violations of N. C. Gen. Stat. § 58-70-110(1), which totals $48,000.00.

7. For Count V, for willful and knowing violation(s) of N. C. Gen. Stat. § 58-70-105(1), Plaintiff will accept statutory damages, pursuant to N.C. Gen. Stat. §58-70-130(b), in the amount of $4,000.00 per violation for four (4) separate and distinct additional violations of N. C. Gen. Stat. § 58-70-105(1), which totals $16,000.00.

8. The sum of the statutory damages for Counts I through V totals $87,500.00.

9. For fees and costs incurred in this action, to be awarded pursuant to 15 U.S.C. §1681n; 15 U.S.C. §1692k(a)(3); and N.C. Gen. Stat. § 75-16.1, Plaintiff requests only the reimbursement of the $350.00 federal filing fee paid to the Court, foregoing the costs of service, paper, postage, printing, copying and vehicle expenses incurred in this action.

10. Plaintiff hereby waives any and all request(s) for any pre-judgment interest.

11. Therefore, the total amount due from Defendant GLOBAL CREDIT AND COLLECTION CORPORATION to Plaintiff MARIAN SNOW for this judgment is $87,850.00.

Sincerely,

*Marian Snow*

Marian Snow

STATE OF NORTH CAROLINA )
)
COUNTY OF Wake )

Sworn to and subscribed before me, this 28 day of February 2014.

_Beth A. Janes_           4-11-2015
Notary Public                      My commission expires

[Notary Seal: BETH A. JANES, NOTARY, Comm. Exp. 4-11-2015, PUBLIC, WAKE COUNTY, NC]