Exhibit G

| | | | | | | | FDCPA | FCRA | TCPA | NC | NC- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9/13/12 | | TU CANADA/GLOBAL CR & CO | | | | 1 | | | | | | 1000 | | | | | | |
| | | | | | | | 1 | | | | | | | 1000 | | | | | | |
| | 1 Voice | (855) 288-1447 | Global | | Fri 09/21/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 8:37 AM Phone Call | Voicemail | 29 sec | | 0:00:29 |
| | 2 Voice | (855) 288-1447 | Global | | Wed 09/26/2012 | | | 1 | 0 | 0 | | 1500 | 0 | 0 | 1500 | 7:06 PM Phone Call | Voicemail | 1:21 sec dead air | | 0:01:28 |
| | | | | | | | | | | 0 | | | | | | | | | | |
| 630-225-8462 | Automatic Dial/Recorded Voice | (210) 787-1730 | Global | San Antonio, TX | Thu 10/18/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 8:31 AM Phone Call | Automated v 1:19 sec dead air | | | 0:01:27 |
| 630-225-8462 | Automatic Dial/Recorded Voice | (210) 787-1730 | Global | San Antonio, TX | Mon 10/15/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 6:52 PM Phone Call | Automated v 1:19 sec dead air | | | 0:00:29 |
| 630-225-8462 | Automatic Dial/Recorded Voice | (210) 787-1730 | Global | San Antonio, TX | Wed 10/10/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 9:45 AM Phone Call | Automated vCall 855-288-1447 | | | 0:01:07 |
| 630-225-8462 | Automatic Dial/Recorded Voice | (210) 787-1730 | Global | San Antonio, TX | Sat 11/10/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 8:13 AM Phone Call | Automated vCall 855-288-1447 | | | 0:01:27 |
| | Voice | (916) 476-2742 | Global | Sacramento (Mair | Mon 09/24/2012 | | | 1 | 0 | 0 | | 1500 | 0 | 0 | 1500 | 5:20 PM Phone Call | Ring | | | 0:00:05 |
| | Voice w delay | (916) 476-2742 | Global | Sacramento (Mair | Tue 09/18/2012 | | | 1 | 1 | 0 | | 500 | 4000 | 0 | 4500 | 6:51 PM Phone Call | Voicemail | 1st vm | | 0:00:55 |
| | Voice | (916) 476-2742 | Global | Sacramento (Mair | Tue 09/18/2012 | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 6:49 PM Phone Call | No recording | | | 0:00:06 |
| | 1 Voice | (406) 333-0044 | Global | Livingston, MT | Wed 10/17/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 8:41 AM Phone Call | Voicemail | | | 0:01:00 |
| | 2 Voice | (406) 333-0044 | Global | Livingston, MT | Tue 10/09/2012 | | | 1 | 0 | 0 | | 1500 | 0 | 0 | 1500 | 7:30 PM Phone Call | Ring | | | 0:00:05 |
| | 3 Voice | (406) 333-0044 | Global | Livingston, MT | Mon 11/19/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 1:38 PM Phone Call | Voicemail | Guy calls and says call about c | | 0:00:54 |
| | 4 Voice | (406) 333-0044 | Global | Livingston, MT | Tue 11/13/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 11:17 AM Phone Call | Voicemail | Guy calling from GlobalECTIOI | | 0:00:55 |
| | 5 Voice | (406) 333-0044 | Global | Livingston, MT | Tue 11/06/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 7:34 AM Phone Call | Voicemail | | | 0:01:21 |
| | 6 Voice | (406) 333-0044 | Global | Livingston, MT | Tue 10/30/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 12:02 PM Phone Call | Voicemail | 855-288-1447 | | 0:01:02 |
| | 1 Voice | (713) 936-2338 | Global | Houston, TX | Mon 11/12/2012 | | | 1 | 1 | 0 | | 1500 | 4000 | 0 | 5500 | 7:22 PM Phone Call | Voicemail | | | 0:00:36 |
| **To: 3rd Party** | | | | | | | | | | | | | | | | | | | | |
| ***-***-5361 | Called 3rd Party/To: JS Jr | (406) 333-0044 | Global | | Called in October 2012 | | | | 1 | | | 0 | 0 | 4000 | 4000 | | Divulged Attempt to Collect a debt for Marian Gibbons | | | |
| ***-***-8296 | Called 3rd Party/To: JS Sr | (406) 333-0044 | Global | | Called in October 2012 | | | | 1 | | | 0 | 0 | 4000 | 4000 | | Divulged Attempt to Collect a debt for Marian Gibbons | | | |
| ***-***-6180 | Called 3rd Party/To:WS | (406) 333-0044 | Global | | Called in September 2012 | | | | 1 | | | 0 | 0 | 4000 | 4000 | | Divulged Attempt to Collect a debt for Marian Gibbons | | | |
| ***-***-7435 | Called 3rd Party/To: TG | (406) 333-0044 | Global | | Called in September 2012 | | | | 1 | | | 0 | 0 | 4000 | 4000 | | Divulged Attempt to Collect a debt for Marian Gibbons | | | |
| | | | | | | $1,000 | $1,000 | | | | | $21,500 | $48,000 | $16,000 | $87,500 | | | | | |