IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-721-FL

| | |
|---|---|
| MARIAN SNOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF DEFAULT** |
| ) | **and** |
| ) | **NOTICE** |
| ) | |
| GLOBAL CREDIT AND COLLECTION ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

On February 28, 2013, Marian Snow ("plaintiff") filed a motion for entry of default [D.E. 13]. Upon review of the docket, the Clerk finds as follows:

1) Defendant Global Credit and Collection Corporation was served with summons and complaint on October 17, 2013;

2) The time for defendant Global Credit and Collection Corporation to answer or respond to the complaint has expired; and,

3) Defendant Global Credit and Collection Corporation failed to answer or otherwise respond to plaintiff's complaint within the time prescribed by law.

For the reasons stated, defendant Global Credit and Collection Corporation is in default under Rule 55(a) of the Federal Rules of Civil Procedure. Accordingly, plaintiff Marian Snow's motion for entry of default [D.E. 13] is GRANTED.

Notice is now provided to plaintiff of her purported failure to make service on defendant Global International within 120 days of the filing of the complaint. On November 18, 2013, the clerk reissued summons as to Global International [D.E. 5]. Plaintiff has not filed a return of service. Under Rule

4(m) of the Federal Rules of Civil Procedure, an action shall be dismissed without prejudice against a defendant who has not been timely served unless plaintiff demonstrates good cause to the court why service was late. Plaintiff must comply with Rule 4(m) within 14 days of the entry of this order. <u>See</u> Fed. R. Civ. P. 4(m). Thereafter, the record will be forwarded to the presiding judge to whom this action is assigned for a determination of whether plaintiff demonstrated good cause. Failure to respond to this notice within the time allotted will result in dismissal of defendant Global International without prejudice.

This 28th of March 2014.

Julie A. Richards, Clerk of Court

2

Case 5:13-cv-00721-FL   Document 14   Filed 03/28/14   Page 2 of 2