IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-721-FL

| | |
|---|---|
| MARIAN SNOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| GLOBAL CREDIT AND COLLECTION ) | |
| CORPORATION and ) | |
| GLOBAL INTERNATIONAL, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on motion by plaintiff for an extension of time to serve defendant Global International, filed April 4, 2014. (DE 15). For good cause shown, plaintiff's motion for extension of time is GRANTED and plaintiff shall have fourteen (14) days to effect service on defendant Global International.

SO ORDERED, this the 24th day of April, 2014.

_____
LOUISE W. FLANAGAN
United States District Court Judge