FILED
MAY 0 8 2014
JULIE A. RICHARDS
US DISTRICT COURT, EDNC
BY _____ DEP CLK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:13-CV-721-FL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GLOBAL INTERNATIONAL (n/k/a AFFINITY GLOBAL)
was received by me on *(date)* 04/28/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed this summons and a copy of the Complaint to ATTN: DIRECTOR, MANAGER OR OFFICER, AFFINITY GLOBAL, F/K/A GLOBAL INTERNATIONAL, 1490 DENISON ST, MARKHAM, ONTARIO, CANADA, L3R9T on 4/29/2014, via USPostal Service registered mail, tracking No. RA614036426US.

My fees are $ 0.00 for travel and $ 16.98 for services, for a total of $ 16.98 .

I declare under penalty of perjury that this information is true.

Date: May 7, 2014

_____
*Server's signature*

THOMAS GIBBONS
*Printed name and title*

907 TIMBERLAKE DR NW
WILSON, NC 27893

*Server's address*

Additional information regarding attempted service, etc:
Ontario statute: R.R.O. 1990, Reg. 194, r. 16.01: Corporation[] (c) on any other corporation, by leaving a copy of the document with an officer, director or agent of the corporation, or with a person at any place of business of the corporation who appears to be in control or management of the place of business; Ontario statute: R.R.O. 1990, Reg. 194, r. 16.03: Service on a Corporation [] (6) [S]ervice may be made on the corporation by mailing a copy of the document to the corporation or to the attorney for service in Ontario, as the case may be, at [the last known address]. USPS Tracking for #RA614036426US was sent via email to confirm delivery of summons and complaint on May 7, 2014 at 11:15am. (see attached from US Postal service notifying of said delivery)

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| MARIAN SNOW <br><br> *Plaintiff(s)* <br> v. <br> GLOBAL CREDIT AND COLLECTION CORPORATION, GLOBAL INTERNATIONAL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:13-cv-721-FL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GLOBAL INTERNATIONAL
1490 DENISON ST
MARKHAM ON, CN L3R9T
(905) 413-8769

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARIAN SNOW
103 NOSTALGIA LANE
ZEBULON, NC 27597

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIE A. RICHARDS
*CLERK OF COURT*

Date: 04/24/2014          *Christa N. Baker*
                          *Signature of Clerk or Deputy Clerk*