IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:13-cv-00721-FL

| | |
|---|---|
| MARIAN SNOW,<br><br>      Plaintiff,<br><br>v.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION; and GLOBAL INTERNATIONAL,<br><br>      Defendants. | DEFENDANT GLOBAL CREDIT AND COLLECTION CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT |

Defendant Global Credit and Collection Corporation ("Global"), by and through its undersigned counsel, and appearing specially so as to preserve any and all defenses available under Fed. R. Civ. P. 12, hereby submits this Memorandum in Opposition to Plaintiff Marian Snow's (the "Plaintiff") Request to Clerk for Entry of Default Judgment (DE 16) (the "Request for Default Judgment"). In support of its Memorandum in Opposition to Plaintiff's Request for Default Judgment, Global relies on its Memorandum of Law in Support of Motion to Set Aside Entry of Default, filed contemporaneously herewith, and incorporated by reference herein.

As shown in Global's Memorandum of Law in Support of Motion to Set Aside Entry of Default, each of the six factors relevant to a Fed. R. Civ. P. 55(c) motion dictates setting aside the entry of default in this case. Thus, because "good cause" under Rule 55(c) exists for the Court to set aside the entry of default entered against Global on March 28, 2014, Plaintiff's Request for Default Judgment should be denied. As a result, Global respectfully requests that the Court deny Plaintiff's Request for Default Judgment, set aside the entry of default entered against Global on March 28, 2014, and permit Global to answer or otherwise respond to Plaintiff's Complaint within seven (7) days of the Court's Order.

This 22nd day of May, 2014.

                                              Respectfully submitted,

                                              *s/ William J. Long*
                                              William J. Long IV (N.C. Bar No. 34845)
                                              BURR & FORMAN LLP
                                              420 North 20th Street, Suite 3400
                                              Birmingham, Alabama 35203
                                              Telephone: (205) 251-3000
                                              Facsimile: (205) 458-5100
                                              jlong@burr.com

                                              Attorney for Defendant
                                              GLOBAL CREDIT AND COLLECTION CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via U.S. First Class Mail, on this the 22nd day of May, 2014:

Marian Snow
103 Nostalgia Ln
Zebulon, North Carolina 27597

*s/ William J. Long*
OF COUNSEL