

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645 1700
Fax (919) 645 1750

Julie A. Richards
Clerk of Court

June 5, 2014

Ms. Marian Snow
103 Nostalgia Lane
Zebulon, NC 27597

RE: Snow v. Global Credit and Collection Corporation, et al
5:13-CV-721-FL
**Notice to Pro Se Party Regarding**
**Response to Motion to Dismiss Filed on**
**June 4, 2014 - Docket Entry 28**

Dear Ms. Snow:

Defendant Global International has filed a motion to dismiss with regard to the above-captioned case. Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented. Your material in opposition to the motion to dismiss must be filed on or before June 30, 2014.

Sincerely,

JULIE A. RICHARDS, CLERK OF COURT

(By)_____
Susan W. Tripp, Deputy Clerk


cc: Counsel of Record (via CM/ECF electronic notification)