

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Julie A. Richards
Clerk of Court

August 11, 2014

Marian Snow
103 Nostalgia Lane
Zebulon, NC 27597

      RE: Case No. 5:13-cv-721-FL; Snow v. Global Credit and Collection Corporation, et al

Dear Ms. Snow:

On August 11, 2014, the court entered an order by a text-only docket entry in your case. This order states as follows:

**TEXT ORDER granting [28] Motion to Dismiss for Lack of Jurisdiction - Where on the face of the pleadings it appears uncontested that Global International is an assumed name of Global Credit and Collection Corporation, Global International is dismissed as an individual defendant; rather, the case proceeds against named defendant Global Credit and Collection Corporation. As such, motion to dismiss (DE 28) is ALLOWED. The court's initial order on scheduling now shall issue. Signed by District Judge Louise Wood Flanagan on 08/11/2014.**

A copy of the notice of electronic filing of the text order is included with this letter. The court did not write the order on a separate document. This entry *is* the order of the court. As explained in Section M(2) of the Eastern District of North Carolina's Case Management/Electronic Case Filing Policy Manual, the text-only entry is the court's only order on the matter, and a *docket text order is official and binding.*

If you need additional information, you may refer to the policy manual, which is posted on the district's website at http://www.nced.uscourts.gov/pdfs/cmecfPolicyManual.pdf. You may also review the policy manual on file at the Clerk's Office.

Thank you for your attention to this matter.

                                                Sincerely,

                                          Christa N. Baker, Deputy Clerk

Enclosure: Notice of Electronic Filing of Text Order
cc: Counsel of record (electronic notice)