# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Marian Snow | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:13-cv-00721-FL |
| Global Credit and Collection Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Global Credit & Collection Corporation, et al.

Date: 10/20/2014

*Attorney's signature*

Michael D. Alltmont, LA Bar #32318
*Printed name and bar number*
Sessions, Fishman, Nathan & Israel, L.L.C.
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002-7227
*Address*

malltmont@sessions-law.biz
*E-mail address*

(504) 828-2700
*Telephone number*

(504) 828-3737
*FAX number*