IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARIAN SNOW,

    Plaintiff,

v.                                                Civil Action No.: 5:13-cv-00721-FL

GLOBAL CREDIT AND COLLECTION
CORPORATION, and
GLOBAL INTERNATIONAL,

    Defendants.

**NOTICE OF APPEARANCE**

NOW COMES the undersigned attorney who hereby gives notice of her Appearance as counsel of record for Defendant Global Credit and Collection Corporation in the above-captioned matter and respectfully requests that all future filings, notices and other contacts regarding this case be directed to her.

This the 28th day of October, 2014.

                                              Respectfully submitted,

                                              /s/ Amy L. Rich
                                              Amy L. Rich
                                              DOUGHTON RICH BLANACTO PLLC
                                              633 West Fourth Street, Suite 150
                                              Winston-Salem, NC 27101
                                              Telephone: (336) 725-9416
                                              Facsimile: (336) 725-5129
                                              arich@DRBattorneys.com
                                              NC State Bar No. 35176
                                              *Attorney for Defendant Global Credit and Collection Corporation*

## CERTIFICATE OF SERVICE

       I certify that on this 28TH day of October, 2014, I electronically filed a copy of the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system and mailed a true and correct copy of the same to the following via U.S. Mail First Class, postage prepaid:

Marian Snow
103 Nostalgia Ln.
Zebulon, NC 27597
*Plaintiff*

                                            /s/ Amy Rich
                                            Amy L. Rich
                                            NC State Bar No. 35176
                                            DOUGHTON RICH BLANCATO PLLC
                                            633 West Fourth Street, Suite 150
                                            Winston-Salem, NC 27101
                                            Telephone: (336) 725-9416
                                            Facsimile: (336) 725-5129
                                            arich@DRBattorneys.com