IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARIAN SNOW,

    Plaintiff,

    v.                                              Civil Action No.: 5:13-cv-00721-FL

GLOBAL CREDIT AND COLLECTION
CORPORATION, and
GLOBAL INTERNATIONAL,

    Defendants.

## NOTICE OF APPEARANCE

NOW COMES the undersigned attorney who hereby gives notice of her Appearance as counsel of record for Defendant Global Credit and Collection Corporation in the above-captioned matter and respectfully requests that all future filings, notices and other contacts regarding this case be directed to her.

This the 28th day of October, 2014.

                                                        Respectfully submitted,

                                                        /s/ Amy L. Rich
                                                        Amy L. Rich
                                                        DOUGHTON RICH BLANACTO PLLC
                                                        633 West Fourth Street, Suite 150
                                                        Winston-Salem, NC 27101
                                                        Telephone: (336) 725-9416
                                                        Facsimile: (336) 725-5129
                                                        arich@DRBattorneys.com
                                                        NC State Bar No. 35176
                                                        *Attorney for Defendant Global Credit and Collection Corporation*

## CERTIFICATE OF SERVICE

I certify that on this 28TH day of October, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send a notification of such filing to all attorneys of record, and I hereby certify that I have mailed a true and correct copy of the same to the following non CM/ECF participants via U.S. Mail First Class, postage prepaid:

Marian Snow
907 Timberlake Drive NW
Wilson, NC 27893
*Plaintiff*

/s/ Amy Rich
Amy L. Rich
NC State Bar No. 35176
DOUGHTON RICH BLANCATO PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
arich@DRBattorneys.com