IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:13-cv-00721-FL

| | |
|---|---|
| MARIAN SNOW,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION,<br><br>    Defendant. | **PROPOSED ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT GLOBAL CREDIT AND COLLECTION CORPORATION** |

This matter is before the Court on the Motion for Leave to Withdraw as Counsel for Defendant Global Credit and Collection Corporation (ECF No. 55) (the "Motion to Withdraw"), filed pursuant to Local Civil Rule 83.1(g) by William J. Long IV and the law firm of Burr & Forman, LLP (collectively "Burr & Forman"). Having reviewed and considered the Motion to Withdraw, and for good cause shown, the Court hereby ORDERS as follows:

Burr & Forman's Motion for Leave to Withdraw as Counsel for Defendant Global Credit and Collection Corporation is GRANTED. The Clerk of the Court is DIRECTED to terminate William J. Long IV and the law firm of Burr & Forman, LLP as counsel of record for Defendant Global Credit and Collection Corporation.

**SO ORDERED** this ___ day of _____, 2014.

_____
HON. LOUISE W. FLANAGAN
United States District Court Judge

Prepared and presented this 28th day of October, 2014, by:


 s/ William J. Long
William J. Long IV (N.C. Bar No. 34845)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jlong@burr.com

Counsel for Defendant
GLOBAL CREDIT AND COLLECTION CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Alltmont | Amy Lynn Rich |
| Sessions, Fishman, Nathan & Israel, LLC | DOUGHTON RICH BLANACTO PLLC |
| 3850 N. Causeway Blvd., Suite 200 | 633 West Fourth Street |
| Lakeway Two | Suite 150 |
| Metairie, Louisiana 70002 | Winston-Salem, North Carolina 27101 |
| Telephone: (504) 828-3700 | Telephone: (336) 725-9416 |
| Facsimile: (504) 828-3737 | Facsimile: (336) 725-5129 |
| malltmont@sessions-law.biz | arich@DoughtonRichLaw.com |

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

Marian Snow
907 Timberlake Dr. NW
Wilson, North Carolina 27893

      *s/ William J. Long*
      OF COUNSEL