IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:13-cv-00721-FL

| | |
|---|---|
| MARIAN SNOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL CREDIT AND COLLECTION )<br>CORPORATION, )<br>)<br>Defendant. ) | ORDER GRANTING<br>MOTION FOR LEAVE TO<br>WITHDRAW AS COUNSEL FOR<br>DEFENDANT GLOBAL CREDIT AND<br>COLLECTION CORPORATION |

This matter is before the Court on the Motion for Leave to Withdraw as Counsel for Defendant Global Credit and Collection Corporation (ECF No. 55) (the "Motion to Withdraw"), filed pursuant to Local Civil Rule 83.1(g) by William J. Long IV and the law firm of Burr & Forman, LLP (collectively "Burr & Forman"). Having reviewed and considered the Motion to Withdraw, and for good cause shown, the Court hereby ORDERS as follows:

Burr & Forman's Motion for Leave to Withdraw as Counsel for Defendant Global Credit and Collection Corporation is GRANTED. The Clerk of the Court is DIRECTED to terminate William J. Long IV and the law firm of Burr & Forman, LLP as counsel of record for Defendant Global Credit and Collection Corporation.

**SO ORDERED** this 4; yj day of Qevqdgt, 2014.

_____
HON. LOUISE W. FLANAGAN
United States District Court Judge