UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW,<br><br>　　　　　　Plaintiff(s),<br>v.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION GLOBAL INTERNATIONAL ,<br><br>　　　　　　Defendant(s). | Civil Action No.  5:13-cv-721-FL |

## NOTICE OF SPECIAL APPEARANCE BY MICHAEL D. ALLTMONT

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.1(e), I, Michael D. Alltmont, hereby enter my appearance as counsel of record in this case for defendant, Global Credit and Collection Corporation.

I certify (a) I am a member in good standing of the bar of the highest state court of Louisiana as shown by the certificate attached hereto as Exhibit A, (b) I am familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court, (c) I have completed and mailed the Electronic Filing Attorney Registration Form to the Clerk to become registered with this Court's CM/ECF System, and (d) I have fully complied with Section J(1) of the Policy Manual.

I further certify I have appointed the following attorney to serve as my Local Rule 83.1 Counsel: Amy L. Rich, Esq, Doughton Rich Blancato PLLC, 633 West Fourth Street, Suite 150, Winston-Salem, NC 27101, Telephone: (336) 725-9416; Facsimile: (336) 725-5129, email: arich@DRBattorneys.com.

This the 6th day of November, 2014.

Respectfully submitted,

/s/ Michael D. Alltmont
Michael D. Alltmont, Esq.
LA Bar No. 32318
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-mail: malltmont@sessions-law.biz

/s/ Amy L. Rich
Amy L. Rich
NC State Bar No. 35176
DOUGHTON RICH BLANCATO PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
arich@DRBattorneys.com

*Attorneys for Defendant,*
*Global Credit and Collection Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE OF MICHAEL D. ALLTMONT** with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed via U.S. First Class Mail the document to the following non CM/ECF participants:

Marian Snow
907 Timberlake Drive NW
Wilson, NC 27893
*Plaintiff*

This the 6th day of November, 2014.

/s/ Amy L. Rich
Amy L. Rich
NC State Bar No. 35176
DOUGHTON RICH BLANCATO PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
arich@DRBattorneys.com

*Attorney for Defendant,
Global Credit and Collection Corporation*

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

## *MICHAEL D. ALLTMONT ESQ., #32318*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 22nd Day of October, 2009 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 14th Day of October, 2014, A.D.

*[signature]*
Clerk of Court
Supreme Court of Louisiana