AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| Marian Snow ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:13-cv-00721-FL |
| Global Credit and Collection Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Global Credit and Collection Corporation, et al.

Date: 12/03/2014

/s/ Bryan C. Shartle
*Attorney's signature*

Bryan C. Shartle
*Printed name and bar number*
Sessions, Fishman, Nathan & Israel, L.L.C.
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002-7227

*Address*

bshartle@sessions-law.biz
*E-mail address*

(504) 828-3700
*Telephone number*

(504) 828-3737
*FAX number*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARIAN SNOW,

          Plaintiff(s),

v.

GLOBAL CREDIT & COLLECTION CORPORATION GLOBAL INTERNATIONAL,

          Defendant(s).

Civil Action No. 5:13-cv-721-FL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Appearance of Counsel has been forwarded to Marian Snow, plaintiff, ____ by hand; ____ by ECF/CM; ____ by fax; ____ by FedEx; _X_ by placing a copy of same in the U.S. Mail, postage prepaid on December 3, 2014.

          Respectfully Submitted,

          /s/ Bryan C. Shartle
          Attorney for Global Credit and Collection Corporation

\\sfnfs02\prolawdocs\10796\10796-35025\Snow, Marian (Pro Se)\1587750.doc