# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina ▼

| | |
|---|---|
| Marian Snow ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:13-cv-00721-FL |
| Global Credit and Collection Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Global Credit and Collection Corporation, et al.

Date:  12/03/2014

/s/ Michael D. Alltmont
*Attorney's signature*

Michael D. Alltmont
*Printed name and bar number*
Sessions, Fishman, Nathan & Israel, L.L.C.
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA  70002-7227

*Address*

malltmont@sessions-law.biz
*E-mail address*

(504) 828-3700
*Telephone number*

(504) 828-3737
*FAX number*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW,<br><br>                   Plaintiff(s),<br>v.<br><br>GLOBAL CREDIT & COLLECTION<br>CORPORATION GLOBAL<br>INTERNATIONAL,<br><br>                  Defendant(s). | Civil Action No. 5:13-cv-721-FL |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Appearance of Counsel has been forwarded to Marian Snow, plaintiff, \_\_\_\_ by hand; \_\_\_\_ by ECF/CM; \_\_\_\_ by fax; \_\_\_\_ by FedEx; _X_ by placing a copy of same in the U.S. Mail, postage prepaid on December 3, 2014

                                                Respectfully Submitted,

                                                /s/ Michael D. Alltmont
                                                Attorney for Global Credit and
                                                Collection Corporation

\\sfnfs02\prolawdocs\10796\10796-35025\Snow, Marian (Pro Se)\1587747.doc