IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARIAN SNOW,

    Plaintiff,

v.                                          Civil Action No.: 5:13-cv-00721-FL

GLOBAL CREDIT AND COLLECTION
CORPORATION, and
GLOBAL INTERNATIONAL,

    Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

Attorney Amy L. Rich, attorney of record for Defendant in this matter, will be leaving the private practice of law effective January 1, 2015. Attorney Thomas J. Doughton has assumed representation of Defendant in this action and will continue to associate with special appearance attorneys Bryan C. Shartle and Michael D. Alltmont. Please note the appearance of Thomas J. Doughton as counsel of record for Defendant Global Credit and Collection Corporation in the above-captioned matter and direct all future filings, notices and other contacts regarding this case to his attention.

[SIGNATURE PAGE FOLLOWS]

This the 29th day of December, 2014.

                                    Respectfully submitted,

                                    <u>/s/ Thomas J. Doughton</u>
                                    Thomas J. Doughton
                                    DOUGHTON RICH BLANACTO PLLC
                                    633 West Fourth Street, Suite 150
                                    Winston-Salem, NC  27101
                                    Telephone:  (336) 725-9416
                                    Facsimile: (336) 725-5129
                                    td@DRBattorneys.com
                                    NC State Bar No. 16611
                                    *Attorney for Defendant Global Credit and Collection Corporation*

# CERTIFICATE OF SERVICE

I certify that on this 29TH day of December, 2014, I electronically filed a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Michael D. Alltmont
LA Bar No. 32318
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
malltmont@sessions-law.biz
*Attorney for Defendant*

Bryan C. Shartle
LA Bar No. 27640
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
bshartle@sessions-law.biz
*Attorney for Defendant*

I further certify that on this 29th day of December, 2014, I mailed a true and correct copy of the NOTICE OF SUBSTITUTION OF COUNSEL to the following via U.S. Mail First Class, postage prepaid:

Marian Snow
907 Timberlake Drive NW
Wilson, NC 27893
*Plaintiff*

/s/ Thomas J. Doughton
Thomas J. Doughton
NC State Bar No. 16611
DOUGHTON RICH BLANCATO PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
td@DRBattorneys.com

3
Case 5:13-cv-00721-FL   Document 65   Filed 12/29/14   Page 3 of 3