

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700                                                                    Julie Richards Johnston
Fax (919) 645-1750                                                                               Clerk of Court

May 20, 2015

Marian Snow
907 Timberlake Drive NW
Wilson, NC 27893

      RE: Case No.5:13-cv-721-FL
         Snow v. Global Credit and Collection Corporation

Dear Ms. Snow:

On May 20, 2015, the court entered an order by a text-only docket entry in your case. This order states as follows:

**TEXT ORDER regarding [73] Emergency MOTION to Quash and MOTION for Protective Order filed by Marian Snow - Defendant shall expedite its response to motion filed on the docket at entry number 73, with response due May 29, 2015. No reply will be permitted. Signed by District Judge Louise Wood Flanagan on 05/20/2015.**

A copy of the notice of electronic filing of the text order is included with this letter. The court did not write the order on a separate document. This entry *is* the order of the court. As explained in Section M(2) of the Eastern District of North Carolina's Case Management/Electronic Case Filing Policy Manual, the text-only entry is the court's only order on the matter, and a *docket text order is official and binding.*

If you need additional information, you may refer to the policy manual, which is posted on the district's website at http://www.nced.uscourts.gov/pdfs/cmecfPolicyManual.pdf. You may also review the policy manual on file at the Clerk's Office.

              Sincerely,

              *Christa N. Baker*

              Christa N. Baker, Deputy Clerk

Enclosure: Notice of Electronic Filing of Text Order
cc: Counsel of record (electronic notice)