UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW,<br><br>　　　　　Plaintiff(s),<br>v.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br><br>　　　　　Defendant(s). | Civil Action No. 5:13-cv-721-FL |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES defendant, Global Credit and Collection Corporation ("GCC"), by and through undersigned counsel, and files this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. GCC seeks dismissal with prejudice of plaintiff's lawsuit and claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681; the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*; the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227; and, the North Carolina Collection Agency Act ("NCCAA"), N.C. Gen. Stat. § 58-70, *et seq*.

This motion is being filed without the deposition testimony of plaintiff. GCC currently has a pending Motion to Compel Plaintiff's Deposition. Docket No. 78. GCC respectfully requests the opportunity to supplement its Memorandum and Statement of Facts after plaintiff's deposition.

/s/ Michael D. Alltmont

Bryan C. Shartle, Esq.
Michael D. Alltmont, Esq.
LA Bar No. 32318
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-mail: malltmont@sessions-law.biz

Tommy Doughton, Esq
NC State Bar No. 16611
DOUGHTON RICH BLANCATO PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
td@doughtonrichlaw.com
Local Civil Rule 83.1 Counsel

*Attorneys for Defendant,*
*Global Credit & Collection Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, and I hereby certify that I have placed the document in U.S. Mail, First Class, prepaid, to the following participants:

Marian Snow
907 Timberlake Drive NW
Wilson, NC 27893
Marian Snow <msnow20@gmail.com>
(872) 588-9170
*Plaintiff*

This the 19th day of June, 2015.

/s/ Michael D. Alltmont
Michael D. Alltmont

*Attorney for Defendant,*
*Global Credit & Collection Corporation*