

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645 1700
Fax (919) 645 1750

Julie Richards Johnston
Clerk of Court

August 28, 2015

Marian Snow
907 Timberlake Drive NW
Wilson, NC 27893

RE: Snow v. Global Credit and Collection Corporation
Case No. 5:13-CR-721-1FL

Dear Ms. Snow:

On August 28, 2015, the court entered an order by a text-only docket entry in your case. This order states as follows:

**TEXT ORDER denying 68 Motion for Sanctions; denying 71 Amended Motion for Sanctions; denying 73 Emergency Motion to Quash and Motion for Protective Order; and granting 78 Motion to Compel** *Plaintiff's Deposition* **- This matter comes now before the court upon several discovery-related motions. Plaintiff's motion, as amended, (DE 68, 71), seeking certain sanctions for purported failures in discovery by defendant is DENIED, for reasons set forth in defendant's detailed response. There also is pending plaintiff's motion to quash and for protective order, (DE 73), sounding against defendant's motion to compel plaintiff's deposition (DE 78). Upon due consideration of the issues raised in support of and in opposition to said motions, defendant's motion to compel is ALLOWED and plaintiff's motion is DENIED. Plaintiff shall submit to deposition within 60 days, as noticed by defendant. A copy of said notice served upon her shall to be filed with this court. Defendant shall tender in furtherance of its request for costs a statement of the same associated with events of 5/20/15 for the court's consideration in deciding any award. There remains for disposition the parties' cross-motions for summary judgment, (DE 82, 84), now briefed. Not later than 45 days from date of deposition, the parties may supplement their arguments in support of and in opposition to their respective motions with explicit reference to the deposition testimony of plaintiff. Thereafter the court will take up and decide the summary judgment motions. Signed by District Judge Louise Wood Flanagan on 8/28/2015. (Tripp, S.) (Entered: 08/28/2015)**

A copy of the notice of electronic filing of the text order is enclosed. The court did not write the order on a separate document. This entry *is* the order of the court. As explained in Section M(2) of the Eastern District of North Carolina's Case Management/Electronic Case Filing Policy Manual, the text-only entry is the court's only order on the matter, and a *docket text order is official and binding.*

If you need additional information, you may refer to the policy manual, which is posted on the district's website at http://www.nced.uscourts.gov/pdfs/cmecfPolicyManual.pdf. You may also review the policy manual on file at the Clerk's Office.

Thank you for your attention to this matter.

                                            Sincerely,

                                      *Susan W. Tripp*
                                      Susan W. Tripp, Deputy Clerk

Enclosures:     Notice of Electronic Filing of Text Order
cc: Counsel of record (via Notice of Electronic Filing)